## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Daniel A. Lieberman,          :     Chapter 13
                    Debtor                :     Case No. 19-14362-jfk

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

**TOSCANI & GILLIN, P.C.**

**Dated:** 5/13/2020           **BY:** /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063
Phone (610) 565-2211
Fax (610) 565-1846
sbottiglieri@toscanigillin.com
Counsel to Delaware County Tax Claim Bureau

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

Respectfully submitted:

**TOSCANI & GILLIN, P.C.**

**Dated:** 5/13/2020           **BY:** /s/ Leonard B. Altieri, III
Leonard B. Altieri, III, Esquire