# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel A. Lieberman dba Green Tomato Restaurants LLC<br><br>Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, its successors and/or assigns<br><br>Movant<br>vs.<br><br>Daniel A. Lieberman dba Green Tomato Restaurants LLC<br><br>Debtor(s)<br><br>Scott Waterman<br><br>Trustee | NO. 19-14362 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, which was filed with the Court on or about **January 16, 2020, docket number 34**.

    Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

July 16, 2020