| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14362-AMC**

DANIEL A. LIEBERMAN
54 OVERLOOK CIRCLE
GARNET VALLEY  PA    19060

Petition Filed Date: 07/10/2019
341 Hearing Date: 08/16/2019
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2019 | $1,500.00 | Monthly Plan P | 09/04/2019 | $1,560.00 | 1299 | 11/13/2019 | $1,560.00 | 1303 |
| 11/13/2019 | $1,560.00 | 1302 | 11/26/2019 | $1,560.00 | 1305 | 02/03/2020 | $360.00 | 500000 |
| 02/03/2020 | $360.00 | 500001 | 02/03/2020 | $360.00 | 500002 | 02/03/2020 | $360.00 | 500003 |
| 02/03/2020 | $360.00 | 500004 | 02/03/2020 | $360.00 | 500005 | 02/03/2020 | $360.00 | 500006 |
| 02/03/2020 | $360.00 | 500007 | 02/04/2020 | $360.00 | 500008 | 02/11/2020 | $360.00 | 500009 |
| 02/19/2020 | $360.00 | 500010 | 02/25/2020 | $360.00 | 500011 | 03/03/2020 | $360.00 | 500012 |
| 03/10/2020 | $360.00 | 500013 | 03/17/2020 | $360.00 | 500014 | 04/07/2020 | $360.00 | 500015 |
| 04/07/2020 | $360.00 | 500016 | 04/07/2020 | $360.00 | 500017 | 05/12/2020 | $360.00 | 500018 |
| 05/12/2020 | $360.00 | 500020 | 05/12/2020 | $360.00 | 500019 | 05/12/2020 | $360.00 | 500021 |
| 05/12/2020 | $360.00 | 500022 | 06/02/2020 | $360.00 | 500025 | 06/02/2020 | $360.00 | 500023 |
| 06/02/2020 | $360.00 | 500024 | 06/02/2020 | $780.00 | 1309 | 06/16/2020 | $360.00 | 500027 |
| 07/07/2020 | $360.00 | 500028 | 07/07/2020 | $360.00 | 500029 | 07/07/2020 | $360.00 | 500030 |
| 07/28/2020 | $360.00 | 500026 | 07/28/2020 | $360.00 | 500031 | 07/29/2020 | $360.00 | 500032 |
| 07/29/2020 | $360.00 | 500033 | | | | | | |

**Total Receipts for the Period: $20,760.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $20,760.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

**Chapter 13 Case No. 19-14362-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $20,760.00 | Current Monthly Payment: | $1,560.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($480.00) |
| Paid to Trustee: | $1,944.96 | Total Plan Base: | $93,600.00 |
| Funds on Hand: | $18,815.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.