# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| Lieberman, Daniel A. | |
| | : 19-14362 |
| **Debtor** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on December 1, 2020.

   "/s/" Mitchell J. Prince
   John L. McClain, Esquire
   Mitchell J. Prince, Esquire
   Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

**Robertson, Anschutz, Schneid & Crane LLC** Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
ATTN: Charles G. Wohlrab, Esquire
Email: cwohlrab@rascrane.com

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606