UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA- PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Daniel A. Lieberman,<br>dba Green Tomato Restaurants LLC,<br>    Debtor.<br>U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust,<br>    Movant.<br>v.<br>Daniel A. Lieberman,<br>dba Green Tomato Restaurants LLC,<br>    Debtor/Respondent.<br>SCOTT F. WATERMAN (Chapter 13), Esquire<br>    Trustee/Respondent. | Bankruptcy No. 19-14362-amc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: February 10, 2021**

_____

Judge Ashely M. Chan