# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel A. Lieberman dba Green Tomato Restaurants LLC<br><br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | NO. 19-14362 AMC |
| Daniel A. Lieberman dba Green Tomato Restaurants LLC<br>　　　　　　　　　Debtor(s) | |
| Scott Waterman<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **August 5, 2019, docket number 22**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　**By: /s/ Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: March 8, 2021