```
PARKWAY
12TH & FILBERT
GARAGE
RECEIPT        A3
ENTRY TIME:
08/16/19     08:13
EXIT TIME:
08/16/19     10:54
PARK-DUR.: HRS:MIN
              0:02:41
AMOUNT:
             $ 32.00
TICKET-No:  9999999
KIND OF PAYMENT:
VISA
```