United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Daniel A. Lieberman

    Debtor

Case No. 19-14362-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel A. Lieberman, 54 Overlook Circle, Garnet Valley, PA 19060-2248 |
| cr | + U.S. Bank Trust National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: duffyk@co.delaware.pa.us | May 04 2021 04:26:00 | Delaware County Tax Claim Bureau, Attn: Josephine A. Rizzo, Director, 201 West Front Street, Government Center Building, Media, PA 19063-2700 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |

District/off: 0313-2                                  User: admin                                          Page 2 of 2

Date Rcvd: May 03, 2021                              Form ID: pdf900                                   Total Noticed: 3

JOHN L. MCCLAIN
                    on behalf of Debtor Daniel A. Lieberman aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
                    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for
                    VRMTG Asset Trust bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
                    on behalf of Creditor Wells Fargo Bank  N.A. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
                    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
                    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

Scott F Waterman
                    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
                    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
   Lieberman, Daniel A.

         Debtor                          :  19-14362


## ORDER

    **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor;s counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $9,500.00 and $32.00 in expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,500.00 which was paid by the Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:

 Date: May 3, 2021                          _____

                                      **Ashely M. Chan**

                                      **U.S. BANKRUPTCY JUDGE**