| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14362-AMC

DANIEL A. LIEBERMAN  
54 OVERLOOK CIRCLE  
GARNET VALLEY  PA    19060

Petition Filed Date: 07/10/2019  
341 Hearing Date: 08/16/2019  
Confirmation Date: 04/07/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $360.00 | 500000 | 02/03/2020 | $360.00 | 500001 | 02/03/2020 | $360.00 | 500002 |
| 02/03/2020 | $360.00 | 500003 | 02/03/2020 | $360.00 | 500004 | 02/03/2020 | $360.00 | 500005 |
| 02/03/2020 | $360.00 | 500006 | 02/03/2020 | $360.00 | 500007 | 02/04/2020 | $360.00 | 500008 |
| 02/11/2020 | $360.00 | 500009 | 02/19/2020 | $360.00 | 500010 | 02/25/2020 | $360.00 | 500011 |
| 03/03/2020 | $360.00 | 500012 | 03/10/2020 | $360.00 | 500013 | 03/17/2020 | $360.00 | 500014 |
| 04/07/2020 | $360.00 | 500015 | 04/07/2020 | $360.00 | 500016 | 04/07/2020 | $360.00 | 500017 |
| 05/12/2020 | $360.00 | 500018 | 05/12/2020 | $360.00 | 500020 | 05/12/2020 | $360.00 | 500019 |
| 05/12/2020 | $360.00 | 500021 | 05/12/2020 | $360.00 | 500022 | 06/02/2020 | $360.00 | 500025 |
| 06/02/2020 | $360.00 | 500023 | 06/02/2020 | $360.00 | 500024 | 06/02/2020 | $780.00 | 1309 |
| 06/16/2020 | $360.00 | 500027 | 07/07/2020 | $360.00 | 500028 | 07/07/2020 | $360.00 | 500029 |
| 07/07/2020 | $360.00 | 500030 | 07/28/2020 | $360.00 | 500026 | 07/28/2020 | $360.00 | 500031 |
| 07/29/2020 | $360.00 | 500032 | 07/29/2020 | $360.00 | 500033 | 09/09/2020 | $360.00 | 500034 |
| 09/09/2020 | $360.00 | 500035 | 09/09/2020 | $360.00 | 500036 | 09/09/2020 | $360.00 | 500037 |
| 09/09/2020 | $360.00 | 500038 | 09/09/2020 | $360.00 | 500039 | 10/27/2020 | $360.00 | 500044 |
| 10/27/2020 | $360.00 | 500043 | 10/27/2020 | $360.00 | 500042 | 10/27/2020 | $360.00 | 500041 |
| 11/10/2020 | $360.00 | 500040 | 11/10/2020 | $360.00 | 500045 | 11/10/2020 | $360.00 | 500046 |
| 11/10/2020 | $360.00 | 500047 | 12/18/2020 | $360.00 | 500052 | 12/18/2020 | $360.00 | 500051 |
| 12/18/2020 | $360.00 | 500050 | 12/18/2020 | $360.00 | 500049 | 12/18/2020 | $360.00 | 500048 |
| 01/08/2021 | $360.00 | 500056 | 01/08/2021 | $360.00 | 500055 | 01/08/2021 | $360.00 | 500054 |
| 01/08/2021 | $360.00 | 500053 | 02/24/2021 | $360.00 | 500057 | 02/24/2021 | $360.00 | 500058 |
| 02/24/2021 | $360.00 | 500059 | 02/24/2021 | $360.00 | 500060 | 02/24/2021 | $360.00 | 500062 |
| 02/24/2021 | $360.00 | 500061 | 04/13/2021 | $360.00 | 500066 | 04/13/2021 | $360.00 | 500072 |
| 04/13/2021 | $360.00 | 500073 | 04/22/2021 | $360.00 | 500063 | 04/22/2021 | $360.00 | 500064 |
| 04/22/2021 | $360.00 | 500065 | 05/26/2021 | $360.00 | 500078 | 05/26/2021 | $360.00 | 500079 |
| 05/26/2021 | $360.00 | 500080 | 05/26/2021 | $360.00 | 500074 | 05/26/2021 | $360.00 | 500075 |
| 05/26/2021 | $360.00 | 500076 | 05/26/2021 | $360.00 | 500077 | | | |

**Total Receipts for the Period:  $28,140.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $35,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»»  001 | Priority Creditors | $20.08 | $20.08 | $0.00 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Secured Creditors | $24,196.70 | $18,302.36 | $5,894.34 |

**Chapter 13 Case No. 19-14362-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | SELENE FINANCE<br>»» 003 | Secured Creditors | $4,212.80 | $3,186.56 | $1,026.24 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $1,959.24 | $1,959.24 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $96.60 | $0.00 | $96.60 |
| 6 | GORDON FOOD SERVICE<br>»» 005 | Unsecured Creditors | $3,375.06 | $0.00 | $3,375.06 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,000.00 | $7,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,880.00 | Current Monthly Payment: | $900.00 |
| Paid to Claims: | $30,468.24 | Arrearages: | ($2,340.00) |
| Paid to Trustee: | $3,143.76 | Total Plan Base: | $46,140.00 |
| Funds on Hand: | $2,268.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.