## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>**Daniel A. Lieberman,**<br>**dba Green Tomato Restaurants LLC,**<br>      Debtor.<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust,**<br>      Movant,<br>v.<br>**Daniel A. Lieberman,**<br>**dba Green Tomato Restaurants LLC,**<br>**SCOTT F. WATERMAN (Chapter 13),**<br>      Respondents. | Bankruptcy No. 19-14362-amc<br><br>Chapter 13 |

## ORDER VACATING STAY

AND NOW, this          day of             , 2021, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 54 Overlook Cir.,

Garnet Valley, PA 19061, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Date: August 9, 2021**

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge