United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14362-amc |
| Daniel A. Lieberman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel A. Lieberman, 54 Overlook Circle, Garnet Valley, PA 19060-2248 |
| cr | + | U.S. Bank Trust National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Aug 09 2021 23:25:00 | Delaware County Tax Claim Bureau, Attn: Josephine A. Rizzo, Director, 201 West Front Street, Government Center Building, Media, PA 19063-2700 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

**Name            Email Address**

CHARLES GRIFFIN WOHLRAB
             on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
             on behalf of Creditor U.S. Bank Trust National Association  cwohlrab@raslg.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 3 |

JOHN L. MCCLAIN
    on behalf of Debtor Daniel A. Lieberman aaamcclain@aol.com edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Wells Fargo Bank  N.A. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Daniel A. Lieberman,**<br>**dba Green Tomato Restaurants LLC,**<br>   **Debtor.**<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust,**<br>   **Movant,**<br>**v.**<br>**Daniel A. Lieberman,**<br>**dba Green Tomato Restaurants LLC,**<br>**SCOTT F. WATERMAN (Chapter 13),**<br>   **Respondents.** | **Bankruptcy No. 19-14362-amc**<br><br>**Chapter 13** |

### ORDER VACATING STAY

AND NOW, this        day of          , 2021, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 54 Overlook Cir.,

Garnet Valley, PA 19061, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Date: August 9, 2021**

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge