Certificate Number: 03088-PAE-DE-036350922

Bankruptcy Case Number: 19-14362



03088-PAE-DE-036350922

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2022, at 5:10 o'clock PM CST, Daniel A Lieberman completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 23, 2022                By:   /s/Tania Roman

                                         Name:   Tania Roman

                                         Title:   Counselor I